GRACE MARGARET PIERCE v. GEORGE MARTIN PIERCE

155 So. 647.
Opinion Filed June 14, 1934.
Petition for Rehearing Denied July 3, 1934.

*Edward Maraglia,* for Appellant;

*C. Edmund Worth,* for Appellees.

PER CURIAM.—In this case the appeal is from a decree of divorce in favor of the husband against the wife.

The controlling question involved is whether or not there is sufficient evidence disclosed by the record to sustain the decree. We have examined the record and find ample evidence to support the decree. Therefore, the same should be affirmed.

It is so ordered.

Affirmed.

DAVIS, C. J., and WHITFIELD, TERRELL and BUFORD, J. J., concur.